**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01130-CV

### CARLOS A.L. VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-13686-C

## ORDER

Before the Court is appellant's June 10, 2013 motion for an extension of time to file an amended brief. Appellant's amended brief was filed on May 28, 2013. Accordingly, we **DENY** appellant's motion as moot.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE